# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MARK ROMANO, | § | |
| | § | |
| Defendant Below- | § | No. 255, 2014 |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware, |
| STATE OF DELAWARE, | § | in and for Sussex County |
| | § | Cr. ID Nos. 1206021536, |
| Plaintiff Below- | § | 0908014805, and 0912016301 |
| Appellee. | § | |

Submitted: August 11, 2014
Decided: August 22, 2014

## ORDER

This 22nd day of August 2014, it appears to the Court that, on July 28, 2014, the Chief Deputy Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to diligently prosecute the appeal by not filing his opening brief and appendix in this matter. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice